UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORDERRAL WILLIAMS

VERSUS

LT. V. ANGRUM, ET AL

CIVIL ACTION

NO. 11-287-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that the defendants' motion for summary judgment[2] is denied. The Court further finds that plaintiff's claims against Lt. Bradley, MSgt. Canon and Sgt. Davis are dismissed for failure to prosecute under Rule 4(m) of the Federal Rules of Civil Procedure. This action is hereby referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, July 16, 2012.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 18.

[2] Rec. Doc. No. 16.

Doc#47935