UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORDERRAL WILLIAMS (#496954)

VERSUS

LT. V. ANGRUM, ET AL

CIVIL ACTION

NUMBER 11-287-FJP-SCR

**RULING**

Pro se plaintiff, an inmate confined in Hunt Correctional Center, St. Gabriel, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Lt. Vale Angrum, Capt. Ryan Taylor, Lt. Darrin Singletary, Lt. Bradley, MSgt. Canon and Sgt. Davis.[1] Plaintiff alleged that on March 18, 2010, he was subjected to an excessive use of force in violation of his constitutional rights.

On July 23, 2012, the service copy of the July 16, 2012 opinion was returned undelivered. A notation on the envelope indicated the mail was not deliverable because the addressee was not incarcerated at Hunt Correctional Center.

Uniform Local Rule 41.2 provides that the failure of a pro se litigant to keep the court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of

---

[1] Lt. Bradley, MSgt. Canon and Sgt. Davis were not served with the summons and complaint.

thirty (30) days.

It is clear that the plaintiff has lost interest in prosecuting this action. In addition to taking no action to further prosecute this case, the plaintiff has failed to keep the court apprised on his current address.

As a practical matter, the case cannot proceed if the plaintiff does not prosecute it or respond to the court's orders regarding disposition of the case. Imposition of sanctions short of dismissal without prejudice would be ineffective in the circumstances of this case.

Accordingly, the suit shall be dismissed for failure to prosecute pursuant to Louisiana Uniform Local Rule 41.2.

Baton Rouge, Louisiana, September __5__, 2012.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

2

Case 3:11-cv-00287-FJP-SCR   Document 21   09/06/12   Page 2 of 2